AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:24-MJ-01375 | 3/14/2024 at approx 05:45 am | Therese Wing Chin Li |

Inventory made in the presence of :

Detective Jesse Lopez, Hawthorne Police Department

Inventory of the property taken and name of any person(s) seized:

1. Gray Dell Laptop #24014692407
2. Gray Apple Laptop #CO2685DUQ6L5
3. Black Samsung Tablet #R83X10RLFTY
4. Silver Microsoft Laptop #0421G193554
5. Miscellaneous parts to build a possible suprresor
6. Black GoPro container containing various possible narcotics, a scale, white powder like substance, pills with the label "M30," individual packaging
7. Sig Saur P2n SN#AHU18566
8. Silper Apple Laptop #CO2GVMElDWT
9. Two Balistic Plates
10. Balistic Plate Carrier
11. Container of miscellaneous paperwork
12. Four Gen M3 Magpul Magazines with multi color magazine holder
13. Flashdrive
14. Hard drive

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/18/2024

*Executing officer's signature*

Zera Poirier U.S. Postal Inspector
*Printed name and title*